IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **GATEWAY PACKAGING COMPANY, LLC**<br><br>Plaintiff,<br><br>vs.<br><br>**SCHELL & KAMPETER, INC., et al,**<br><br>Defendants. | Case No. 4:18-CV-00177-BCW |

**JOINT MOTION FOR DISMISSAL OF**
**DEFENDANTS JOSEPH FIORE, GREG BELOW, MORRIS PACKAGING, LLC**
**AND MORRIS CONVERTING, LLC WITH PREJUDICE**

COMES NOW Plaintiff Gateway Packaging Company, LLC and Defendants Joseph Fiore, Greg Below, Morris Packaging, LLC and Morris Converting, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), and requests the Court enter a dismissal with prejudice as to Defendants Joseph Fiore, Greg Below, Morris Packaging, LLC and Morris Converting, LLC.

WHEREFORE, the Parties request that this Court enter an order dismissing Defendants Joseph Fiore, Greg Below, Morris Packaging, LLC and Morris Converting, LLC with prejudice, with each party to bear its own costs and fees.

October 18, 2018                                    Respectfully submitted,

 /s/ Michael D. Fielding                           /s/ Hallie H. Gibbs II
Michael D. Fielding MO 53124                       Scott R. Pool                #42484
HUSCH BLACKWELL LLP                                Hallie H. Gibbs II
4801 Main Street, Suite 1000                       GIBBS POOL AND TURNER, P.C.
Kansas City, MO 64112                              3225 Emerald Lane, Suite A
(816) 983-8000; fax (816) 983-8080                 Jefferson City, MO 65109-6864
michael.fielding@huschblackwell.com                (573) 636-2614; fax (573) 636-6541
                                                   pool@gptlaw.net
Randall S. Thompson MO 45581
HUSCH BLACKWELL LLP                                *Counsel for Morris Packaging, LLC and*
190 Carondelet Plaza, Suite 600                    *Morris Converting, LLC*
St. Louis, MO 63105
(314) 480-1500; fax (314) 480-1505
randall.thompson@huschblackwell.com                 /s/ Wally Bley
                                                   Wally Bley                   #28657
William C. O'Neil *pro hac*                        Mark J. Evans                #39050
Kevin P. Simpson *pro hac*                         BLEY & EVANS, L.C.
WINSTON & STRAWN LLP                               1000 West Nifong Blvd.
35 W. Wacker Drive                                 Building 4, Suite 200
Chicago, IL 60601-9703                             Columbia, MO 65203
(312) 558-5600; fax (312) 558-5700                 (573) 443-8385; fax (573) 443-8395
woneil@winston.com                                 bley@bleyevanslaw.com
kpsimpson@winston.com                              evans@bleyevanslaw.com

*Attorneys for Plaintiff Gateway Packaging*        *Counsel for Joseph Fiore*
*Company LLC*


                                                    /s/ John L. Roark
                                                   John L. Roark                #33237
                                                   Amanda Allen Miller          #57873
                                                   SMITH LEWIS, LLP
                                                   111 South Ninth Street, Suite 200
                                                   P. O. Box 918
                                                   Columbia, MO 65205-0918
                                                   (573) 443-3141; fax (573) 442-6686
                                                   roark@smithlewis.com
                                                   miller@smithlewis.com

                                                   *Counsel for Greg Below*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2018, a true and correct copy of the above and foregoing was served by the method or methods specified below:

   __X__ by **electronically** filing with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*s/ Michael D. Fielding*_____
Attorney